CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 10 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ENCOMPASS INDEPENDENT INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff/Counterdefendant, | ) Civil Action No. 7:16CV00272 |
| v. | ) |
| TANYA N. DOMBROSKY, | ) **ORDER** |
| Defendant/Crossdefendant | ) |
| v. | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| MATTHEW T. GREEN | ) |
| Defendant/Crossclaimant/<br>Counterclaimant | )<br>) |

This case is before the court on motions for summary judgment filed by Tanya Dombrosky ("Dombrosky"), Matthew Green ("Green"), and Encompass Independent Insurance Company ("Encompass"). For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. Dombrosky's motion for summary judgment (Docket No. 16) and Green's Motion for summary judgment (Docket No. 20) are **GRANTED IN PART AND DENIED IN PART**; it is further **DECREED**, pursuant to 22 U.S.C. § 2201, that Encompass must defend or indemnify Dombrosky in the underlying Virginia state court action pursuant to the Virginia Personal Umbrella Policy.

2. Encompass' motion for summary judgment (Docket No. 18) is **GRANTED IN PART AND DENIED IN PART**; it is further **DECREED**, pursuant to 22 U.S.C. § 2201, that the Virginia Personal Auto Policy does not give rise to a duty to defend or indemnify Dombrosky in the underlying Virginia state court action.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record. The Clerk is further directed to close this matter and strike it from the active docket of the court.

DATED: This 10th day of February, 2017.

*/s/ Glen E. Conrad*
Chief United States District Judge